# Exhibit A



**UNITED STATES MARINE CORPS**
U. S. MARINE CORPS RECRUITING STATION JACKSONVILLE
3728 PHILIPPS HIGHWAY, SUITE 229
JACKSONVILLE, FLORIDA 32207

IN REPLY REFER TO:
1000
RSSPV
18 FEB 19

From: STATION COMMANDER, RSS PONTE VEDRA
To:   TO WHOM IT MAY CONCERN

Subj: POOLEE NICHOLAS A. RODGERS

REF: CIVIL RELIEF ACT

   THIS LETTER IS INTENDED AS NOTIFICATION THAT POOLEE NICHOLAS A. RODGERS, IS DEPARTING TO RECRUIT TRAINING FEB. 19, 2019, TO ATTEND TRAINING. HE WILL BE GONE AND NOT ABLE TO HANDLE ANY LEGAL OR FINANCIAL OBLIGATION.

   PLEASE WE RESPECTFULLY ASK TO USE THIS LETTER TO EXCUSE HIM FROM ANY FINACIAL OBLIGATION.

   IN CASE OF QUESTIONS PLEASE CONTACT SSGT BRUNO BEGO AT (386) 804-7542.

B. BEGO
BY DIRECTION

UNITED STATES MARINE CORPS
MARINE CORPS RECRUIT DEPOT/EASTERN RECRUITING REGION
PARRIS ISLAND, SC 29905

1320
RAB
17 May 2019

From: Commanding General, MCRD/ERR, Parris Island, SC 29905
To:   Private First Class Nicholas A. Rodgers, ███████████ USMCR, PEF ZY, PLT ███

Subj: RECRUIT TRANSFER

1. Delivered. Effective 1100, 31 May 2019, you will stand detached from your present station and duties and are directed to report by 1300, 11 June 2019, to the Commanding Officer (CO), School of Infantry (SOI), Camp Geiger Bldg #G644, MCB, Camp Lejeune, NC 28542 (MCC JA4) for TEMINS. Your dependents and privately owned vehicles are not authorized at this temporary duty station.

2. You will notify the CO, SOI of your new duty station of any changes to your leave address. Any request for leave extensions will be made to the CO, SOI telephonically. During working hours contact (910) 449-0441/2/3 or after working hours, weekends and holidays contact (910) 449-0179.

3. You are directed to submit your orders to the disbursing officer within three working days after completion of travel to settle travel expenses.

4. Travel under these orders is chargeable to the following appropriation.

Travel and Per Diem:
███████████████████████████████████████████████████

P. V. MIRANDA
By direction

---

RECEIVING ENDORSEMENT

1. I received these orders at MCRDEP PISC at 1100 on 31 May 2019. I understand that I must report no later than 1300 on 11 June 2019 to the CO, SOI, MCB, Camp Lejeune (Camp Geiger, NC).
2. My leave address is: ███████████████████████████████
My next of kin address is: same as above
My next of kin relationship is: Angela.A. Rodgers (mother)
Leave phone number is: (███████
3. My SRB, HR, DR have been entrusted to me for delivery to the CO of my next duty station.

(Signature)

# ORIGINAL ORDERS
## UNITED STATES MARINE CORPS
SCHOOL OF INFANTRY EAST
TRAINING COMMAND
PSC BOX 20161
CAMP LEJEUNE, NORTH CAROLINA 28542-0161

IN REPLY REFER TO:
1326
1ASC
9 Jul 19

From: Commanding Officer
To:   Private First Class Nicholas A. RODGERS ███████ USMC (JA0)

Subj: ENTRY LEVEL TRAINING

1. Delivered. Effective 1000, 9 July 2019, you will stand detached from your present station and duties. You will proceed and report to the CO AAS BN TRNGCOM (Bldg 210568, OOD # (760) 763-6122) CampPen CA, for TEMINS in the AAV Crewman no later than 2359, 10 July 2019. Upon Completion of TEMINS you will be further assigned by HQMC.

2. You are authorized 00 day(s) proceed, 00 day(s) delay chargeable as annual leave and 1 day(s) travel via mixed mode.

3. Dependents, privately owned vehicles, and transportation of household effects are not authorized to your temporary duty station unless paragraph 1 indicates you have DUINS orders.

M. J. MULVIHILL
By direction

---

RECEIVING ENDORSEMENT

1. I received these orders at the School of Infantry East, Training Command, Camp Lejeune, NC at 1001, 20190709. I understand that I must report to the command listed in paragraph 1 not later than 2359, 10 July 2019. I have in my possession my Service Record, Health Record and Dental Record.

SIGNATURE