# Exhibit B

<u>Sent via US Mail</u>

TransUnion
PO Box 2000
Chester, PA 19016

Experian Information Solutions, Inc.
PO Box 4500
Allen, TX 75013

        Re:    Nicholas Rodgers
                 DOB:
                 SSN:
                 Current Address:

To Whom It May Concern:

Per 15 U.S.C. Section 1681g, I request *all* information in my *file*. I also request the sources of the information per Section (a)(2) and the identification of each person that produced a Consumer Report per Section (a)(3).

Thank you for your prompt attention to this matter, and I look forward to your clear and accurate responses as required by federal law (which, by the way, should not just be a report or disclosure). More specifically, due to the frequency of national data breaches (most notably the Equifax breach), I am particularly interested in all information in my credit files versus only the information that populates into my credit reports and/or consumer disclosures. Without knowing the full story, I am not able to make fully-informed credit and financial decisions.

I have reviewed my most recent credit reports and there are some issues as stated below:

In the latter months of 2018, I signed a lease with The Verge at Laramie (SSC Laramie Apartments LLC) in the area where I was currently attending college. I was unable to move into the property forming the basis of the lease, as I was placed on Active Duty Military orders in early 2019 and assumed Active Duty status in the Marine Corps. I never moved onto the property and made several requests to terminate the lease pursuant to the Service Members Civil Relief Act. Despite providing the relevant documentation, The Verge/Laramie Apartments placed my account for collections and credit reported the Account, violating the Service Members Civil Relief Act. I do not owe any money to The Verge/Laramie Apartments or to National Credit Systems. Despite the fact that this account directly violates the Service Members Civil Relief Act, National Credit Systems is inaccurately reporting this Account to Trans Union and Experian as follows:

On my <u>Trans Union</u> report (date: July 25, 2023):

1. NATIONAL CREDIT SYSTEMS Account No. 42431XXX: Balance of $6,215; Balance Past Due of $6,215; Original Creditor: SSC LARAMIE APARTMENTS LLC; This account is listed as open; This account was created in violation of the Service Members Civil Relief Act despite the copious amount of documentation the apartment complex was given during the request to end the lease. As such, I do not owe any monies to National Credit Systems or to The Laramie and this account should be deleted from my credit report and credit file. Please investigate and update accordingly.

On my Experian report (Report dated July 20, 2023):

1. JEFFERSON CAPITAL SYST Account No. 424312XXX: a balance past due of $6,215; Balance of $6,215; Original Creditor: SSC LARAMIE APARTMENTS LLC; This account is listed as open; This account was created in violation of the Service Members Civil Relief Act despite the copious amount of documentation the apartment complex was given during the request to end the lease. As such, I do not owe any monies to National Credit Systems or to The Laramie and this account should be deleted from my credit report and credit file. Please investigate and update accordingly.

Thank you for your time and attention to this matter, and I look forward to the responses required under the Fair Credit Reporting Act.

Enclosures:   NR Orders


Sincerely,

*[signature]*                                                                                 09 / 07 / 2023

Signature                                                                                           Date

2

Doc ID: e1208629542389a0859a88f4acf464cef9a3d1d3



**UNITED STATES MARINE CORPS**
U. S. MARINE CORPS RECRUITING STATION JACKSONVILLE
3728 PHILIPPS HIGHWAY, SUITE 229
JACKSONVILLE, FLORIDA 32207

IN REPLY REFER TO:
1000
RSSPV
18 FEB 19

From: STATION COMMANDER, RSS PONTE VEDRA
To: TO WHOM IT MAY CONCERN

Subj: POOLEE NICHOLAS A. RODGERS

REF: CIVIL RELIEF ACT

   THIS LETTER IS INTENDED AS NOTIFICATION THAT POOLEE NICHOLAS A. RODGERS, IS DEPARTING TO RECRUIT TRAINING FEB. 19, 2019, TO ATTEND TRAINING. HE WILL BE GONE AND NOT ABLE TO HANDLE ANY LEGAL OR FINANCIAL OBLIGATION.

   PLEASE WE RESPECTFULLY ASK TO USE THIS LETTER TO EXCUSE HIM FROM ANY FINACIAL OBLIGATION.

   IN CASE OF QUESTIONS PLEASE CONTACT SSGT BRUNO BEGO AT (386) 804-7542.

B. BEGO
BY DIRECTION

UNITED STATES MARINE CORPS
MARINE CORPS RECRUIT DEPOT/EASTERN RECRUITING REGION
PARRIS ISLAND, SC 29905

1320
RAB
17 May 2019

From: Commanding General, MCRD/ERR, Parris Island, SC 29905
To:   Private First Class Nicholas A. Rodgers, ███████ USMCR, PEF ZY, PLT ███

Subj: RECRUIT TRANSFER

1. Delivered. Effective 1100, 31 May 2019, you will stand detached from your present station and duties and are directed to report by 1300, 11 June 2019, to the Commanding Officer (CO), School of Infantry (SOI), Camp Geiger Bldg #G644, MCB, Camp Lejeune, NC 28542 (MCC JA4) for TEMINS. Your dependents and privately owned vehicles are not authorized at this temporary duty station.

2. You will notify the CO, SOI of your new duty station of any changes to your leave address. Any request for leave extensions will be made to the CO, SOI telephonically. During working hours contact (910) 449-0441/2/3 or after working hours, weekends and holidays contact (910) 449-0179.

3. You are directed to submit your orders to the disbursing officer within three working days after completion of travel to settle travel expenses.

4. Travel under these orders is chargeable to the following appropriation.

Travel and Per Diem:
████████████████████████████████████

P. V. MIRANDA
By direction

---

RECEIVING ENDORSEMENT

1. I received these orders at MCRDEP PISC at 1100 on 31 May 2019. I understand that I must report no later than 1300 on 11 June 2019 to the CO, SOI, MCB, Camp Lejeune (Camp Geiger, NC).
2. My leave address is: ████████████████
My next of kin address is: same as above
My next of kin relationship is: Angela A. Rodgers (mother)
Leave phone number is: (███████████
3. My SRB, HR, DR have been entrusted to me for delivery to the CO of my next duty station.

(Signature)



**ORIGINAL ORDERS**
UNITED STATES MARINE CORPS
SCHOOL OF INFANTRY EAST
TRAINING COMMAND
PSC BOX 20161
CAMP LEJEUNE, NORTH CAROLINA 28542-0161

IN REPLY REFER TO:
1326
1ASC
9 Jul 19

From: Commanding Officer
To:   Private First Class Nicholas A. RODGERS ███████ USMC (JAO)

Subj: **ENTRY LEVEL TRAINING**

1. Delivered. Effective 1000, 9 July 2019, you will stand detached from your present station and duties. You will proceed and report to the CO AAS BN TRNGCOM (Bldg 210568, OOD # (760) 763-6122) CampPen CA, for TEMINS in the AAV Crewman no later than 2359, 10 July 2019. Upon Completion of TEMINS you will be further assigned by HQMC.

2. You are authorized 00 day(s) proceed, 00 day(s) delay chargeable as annual leave and 1 day(s) travel via mixed mode.

3. Dependents, privately owned vehicles, and transportation of household effects are not authorized to your temporary duty station unless paragraph 1 indicates you have DUINS orders.

M. J. MULVIHILL
By direction

---

RECEIVING ENDORSEMENT

1. I received these orders at the School of Infantry East, Training Command, Camp Lejeune, NC at 1001, 20190709. I understand that I must report to the command listed in paragraph 1 not later than 2359, 10 July 2019. I have in my possession my Service Record, Health Record and Dental Record.

SIGNATURE