## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

NICHOLAS RODGERS,
an individual,

       Plaintiff,

v().

NATIONAL CREDIT SYSTEMS, INC.,
a Foreign Profit Corporation,
TRANS UNION LLC,
a foreign limited liability company, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

       Defendants.
_____/

Case No.: 3:24-cv-52-HLA-LLL

### PLAINTIFF'S NOTICE OF PENDING SETTLEMENT
### AS TO DEFENDANT NATIONAL CREDIT SYSTEMS, INC.

**COMES NOW**, Plaintiff, NICHOLAS RODGERS ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, NATIONAL CREDIT SYSTEMS, INC. ("NCS") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and NCS will request that this matter be dismissed with prejudice.

Dated: August 29, 2024

Respectfully submitted,

**SWIFT LAW PLLC**
/s/ *Jon P. Dubbeld*
**Aaron M. Swift, Esq., FBN 0093088**

1

**Jon P. Dubbeld, Esq., FBN 105869**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2024, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

                                      */s/ Jon P. Dubbeld*
                                      Attorney for Plaintiff